IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 APR 25 PM 4: 0

ROBERT R. DI   TRIO
CLERK, U.S. DI   CT.
W.D. OF TN, MEMPHIS

```
UNITED STATES OF AMERICA          )
                                  )
     Plaintiff,                   )
                                  )
v.                                )   Criminal No. 04 - 20462 Ml
                                  )
  MARTIN RHEA                     )      (30-Day Continuance)
                                  )
_____           )
                                  )
_____           )
                                  )
_____           )
                                  )
_____           )
                                  )
     Defendant(s).                )
```

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the May, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, May 27, 2005, with trial to take place on the June, 2005 rotation calendar with the time excluded under the Speedy Trial Act through June 17, 2005. Agreed in open court at report date this 22nd day of April, 2005.

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on ___4-27-05___

40

SO ORDERED this 22nd day of April, 2005.


JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE


Assistant United States Attorney


_____

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20462 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT