IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY [illegible] D.C.
05 JUN 23 PM 4: 4
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.:2:04-cr-20462**

**MARTIN RHEA,**

**Defendant.**

## ORDER ON DEFENDANT'S MOTION TO TRANSFER

Before the court is the Defendant's unopposed motion to transfer the case of USA v. Irvin, et al.,Cause No.: 2:04-cr-20462 to the cause pending before Judge Samuel Mays, Cause No. 2:04-cr-20408. For good cause shown, the motion is granted.

It is so ORDERED, this 23 day of June, 2005.

Jon P. McCalla
JUDGE JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-24-05

53

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20462 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT