IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5 AM 7:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                     NO. 04-20462-Ma

MARTIN RHEA,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's December 1, 2005, motion to reset the sentencing of Martin Rhea, which is presently set for December 2, 2005. For good cause shown, the motion is granted. The sentencing of defendant Martin Rhea is **reset to Thursday, February 9, at 9:00 a.m.**

It is so ORDERED this 2d day of December, 2005.

                            SAMUEL H. MAYS, JR.
                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-9-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:04-CR-20462 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT